ORIGINAL

FILED

11/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0353

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0353

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ROBERT EARL STAUDENMAYER,

Defendant and Appellant.

_____

FILED

NOV 1 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to Appellant Robert Earl Staudenmayer's motion for extension to of time to file his opening brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until December 15, 2022, to file his opening brief.

DATED this 17 day of November, 2022.

For the Court,

_____
Chief Justice